Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

JOHNNY BUNTING

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 14-CV-578-A

v.

BRIAN FISCHER,
ET AL

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   that pursuant to 28 U.S.C. § 636 (b)(1), and for reasons set forth in Magistrate Judge Roemer's Report and Recommendation, defendants' motion to dismiss for failure to state a claim is granted

Date: September 15, 2016          MARY C. LOEWENGUTH
                                  CLERK OF COURT

                                  By: s/K.McMillan
                                      Deputy Clerk